United States District Court
Southern District of Texas
**ENTERED**
April 23, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| DAVID MOYA, § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil No. 5:22-CV-00117 |
| § | |
| ZAPATA COUNTY OF TEXAS, § | |
| RAYMUNDO DEL BOSQUE, JR., § | |
| *and* § | |
| JOE PENA, § | |
| *Defendants.* § | |

# SCHEDULING ORDER

On April 22, 2024, the Court conducted the Initial Pretrial and Scheduling Conference in this matter. Pursuant to the Conference, the Court now enters the following deadlines:

| PRETRIAL EVENTS | DEADLINES |
|---|---|
| Deadline for Initial Disclosures | April 26, 2024 |
| Deadline for Joinder of All Parties | June 1, 2024 |
| Deadlines to Designate Expert Witnesses[1] | **Plaintiff(s): August 1, 2024** |
| | **Defendant(s): September 1, 2024** |
| Deadline to Amend the Pleadings[2] | Plaintiff(s): September 1, 2024 |
| | Defendant(s): October 1, 2024 |
| Deadline to Complete ADR | December 6, 2024 |
| Deadline to Complete All Discovery, including depositions of expert witnesses | January 10, 2025 |
| Deadline to File Dispositive Motions | February 14, 2025 |
| Deadline to File Pretrial Motions | March 1, 2025 |
| Status Conference | March 17, 2025, at 9:30 AM, by Zoom |

---

[1] The parties must file their lists of proposed expert witnesses with the Court by the deadlines but should **NOT** file reports or other discovery materials.

[2] This is the deadline to either amend the pleadings with the written consent of all parties or seek the Court's leave to amend the pleadings; the deadline to amend the pleadings as of right has already passed.

IT IS SO ORDERED.

Signed this April 23, 2024, at Laredo, Texas.

                                                                                     _____
                                                                                     DIANA SONG QUIROGA
                                                                                     UNITED STATES MAGISTRATE JUDGE